UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT EMERSON EVATT,

                Plaintiff,

     v.

COMPREHENSIVE LIFE RESOURCES,

                Defendant.

Case No. 3:25-cv-05163-TMC

ORDER TO SHOW CAUSE

## I.    ORDER

This matter comes before the Court on review of the Court record.

On February 26, 2025, Plaintiff Scott Emerson Evatt filed this action against Defendant Comprehensive Life Resources. Dkt. 1. The Court issued an Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement on June 4, 2025. Dkt. 4.

Fed. R. Civ. P. 16(f)(1) provides that the Court, on motion or on its own, may issue "any just orders including those authorized by Fed. R. Civ. P. 37(b)(2)(A)(ii)-(vii)" if a party "fails to obey a scheduling or other pretrial order." Under Fed. R. Civ. P. 37(b)(2)(A)(v), the Court may dismiss an action or proceeding in whole or in part for failure to obey a court order. The Court may also on motion or on its own dismiss an action without prejudice if the defendant is not served within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).

Mr. Evatt has failed to serve the complaint within 90 days after it was filed in court as required by Fed. R. Civ. P. 4(m). Mr. Evatt has also failed to comply with initial case scheduling deadlines set forth in the Court's prior order. *See* Dkt. 4 at 1. It is Mr. Evatt's responsibility to timely serve the complaint and to comply with the Court's order setting initial case scheduling deadlines, and he has not done so.

Accordingly, Mr. Evatt must show cause, if any, why this case should not be dismissed without prejudice under Fed. R. Civ. P. 16(f)(1) and 37(b)(2)(A)(v).

Therefore, it is hereby ORDERED that:

- Not later than September 23, 2025, Mr. Evatt shall show cause in writing why this case should not be dismissed without prejudice for failure to serve the complaint within 90 days, and for failure to comply with the Court's June 4, 2025 Order. *See* Dkt. 4.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of September, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2