UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT EMERSON EVATT,<br><br>Plaintiff,<br><br>v.<br><br>COMPREHENSIVE LIFE RESOURCES,<br><br>Defendant. | Case No. 3:25-cv-05163-TMC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on review of the Court record. On September 2, 2025, the Court issued an Order to Show Cause in Plaintiff Scott Emerson Evatt's case. Dkt. 5. The Court ordered Mr. Evatt to show cause in writing no later than September 23, 2025, why the case should not be dismissed without prejudice for failure to serve the complaint within 90 days and to comply with the Court's initial case scheduling deadlines. *Id.* at 2.

Under Fed. R. Civ. P. 37(b)(2)(A)(v), the Court may dismiss an action or proceeding in whole or in part for failure to obey a court order. The deadline to show cause has passed and Mr. Evatt has not filed anything in response to the Court's Order.

Accordingly, the Court DISMISSES Mr. Evatt's claims without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal for failure to prosecute

ORDER DISMISSING CASE - 1

or failure to comply with the federal rules or court orders); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute); *Oliva v. Sullivan*, 958 F.2d 272, 274 (9th Cir. 1992) ("The district judge has an obligation to warn the plaintiff that dismissal is imminent.").

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 24th day of September, 2025.

Tiffany M. Cartwright
United States District Judge